LARRY D. COMPTON
CHAPTER 13 TRUSTEE
400 D Street, Suite 210
Anchorage, AK  99501
Telephone (907) 276-6660
FAX      (907) 258-3348

FILED

OCT 2 5 2010

CLERK
U.S. BANKRUPTCY COURT
By _____
DEPUTY CLERK

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ALASKA

In re:                              )
                                    )
PAUL C. FELLNER,                    )   Case no.  A 06-00375 DMD
                                    )
                                    )   Chapter 13
                                    )
            Debtor(s),               )
_____)

### REPORT OF UNCLAIMED MONIES

**TO THE HONORABLE DONALD MacDONALD IV, Bankruptcy Judge:**

**Comes now, Larry D. Compton, Chapter 13 Trustee, and respectfully represents:**

1. Having received money from the above captioned estate and that on October 14, 2010 the case was dismissed with $23.03 undistributed and on hand.

2. Attempts to contact the debtor to get a current address have been unsuccessful.

3. The total amount of funds to be returned to the debtor is $23.03.

THEREFORE, pursuant to Title 11, U.S.C. 347 (a), a negotiable instrument in the amount of $23.03, made payable to the "Clerk of the Court", for the unclaimed funds in the above-referenced estate is made for payment into the Registry of the Court. The name and address, so far as known, of the person entitled to a portion of said funds and the amount of their dividend is as follows:

| **Debtor** | **Amount** |
|---|---|
| Paul C. Fellner | $23.03 |
| 7435 Peck Ave | |
| Anchorage, AK 99504 | |

Dated this 20 day of October 2010.

Larry D. Compton
Chapter 13 Trustee

21353

23.03